### LAKEY v. LOOMIS.

*Trial — charge to jury — submission when no conflict of evidence.*

Where there was no evidence that there was any person other than plaintiff entitled to bring action upon a contract, and at the trial the court submitted to the jury the question whether, upon the evidence, plaintiff was entitled to bring the action, *held*, error; as it was an instruction to the jury that there was evidence that would authorize them to find against the plaintiff on that ground.

MOTION by plaintiff for a new trial, after a verdict in favor of defendant upon a case and exceptions, ordered to be first heard at general term.

The action was brought by Ira Lakey against George Loomis, to recover the amount due on a shrinkage in the weight of wool sold by defendant to plaintiff.

*S. B. McIntyre*, for plaintiff.

*E. G. Lapham*, for defendant.

MULLIN, P. J.

The head-note sufficiently states the only point passed upon.

*New trial ordered.*

---

### HAILE v. FULLER.

*Slander — words heard only by person spoken about no slander.*

The mere speaking of slanderous words which are heard only by the person spoken of are no slander.

APPEAL by defendant from a judgment in favor of plaintiff entered upon the verdict of a jury.

The action was brought by Nathan T. Haile against Levi Fuller to recover for slander.

*F. D. Wright*, for appellant.

*Wing T. Parker*, for respondent.

GILBERT, J.

The head-note fully states the only question passed upon in the opinion.

*Judgment reversed and new trial granted.*